### ANONYMOUS.

Upon a hearing on bill and answer, documentary evidence cannot be read to show facts not stated in the pleadings.

The CHANCELLOR decided that on a hearing upon bill and answer, a party cannot read documents to show any other facts than those which are stated in the pleadings.